**NOT FOR PUBLICATION IN WEST'S HAWAI‘I REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-20-0000599**
**09-APR-2021**
**08:56 AM**
**Dkt. 27 OAWST**

NO. CAAP-20-0000599

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI‘I

LUIS MANGLAL-LAN BUTAY, JR. and BELEN GANAC BUTAY
Plaintiffs-Appellees, v. JOSELITO G. QUIBUYEN,
Defendant-Appellant, and JOHN DOES l-l0; JANE DOES l-10;
DOE PARTNERSHIPS l-l0; DOE CORPORATIONS 1-10;
DOE ENTITIES l-10; and DOE GOVERNMENTAL ENTITIES 1-10,
Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CC191001562)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By:  Hiraoka, Presiding Judge, Wadsworth and Nakasone, JJ.)

Upon consideration of the January 27, 2021 Stipulation for Voluntary Dismissal of the Appeal (Stipulation to Dismiss Appeal), filed by Defendant-Appellant Joselito G. Quibuyen, the papers in support, and the record, it appears that (1) the appeal has not been docketed; (2) the parties stipulate to dismiss the appeal and bear their own attorneys' fees and costs; and (3) the Stipulation to Dismiss Appeal is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the Stipulation to Dismiss Appeal is approved, and the appeal is dismissed pursuant

to Hawaiʻi Rules of Appellate Procedure Rule 42(a).  The parties shall bear their own attorneys' fees and costs.

DATED:  Honolulu, Hawaiʻi, April 9, 2021.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Karen T. Nakasone
Associate Judge